No. 02–532.  McCLURE v. GALVIN, SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 02–533.  WILLIAMS v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 02–539.  MARTIN ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–549.  DAILY v. JUDGES, PENNSYLVANIA COURT OF COMMON PLEAS, FIRST JUDICIAL DISTRICT, FAMILY COURT DIVISION, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–582.  CUNI v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–586.  CARBONE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–590.  SACCOCCIA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 02–600.  BORGES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–5036.  TINAJERO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–5230.  YOUNG v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–5278.  BUENO v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 02–5366.  MANTECON-ZAYAS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–5781.  JACKSON v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 02–5796.  SCOTT v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–5922.  LOMAX v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.